UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE | * | |
|     Plaintiff | * | |
| V | * | Case No. _____ |
| JEFFERSON B. SESSIONS, ATTORNEY GENERAL. | | |
|     Defendant | * | |

## MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO FILE UNDER A PSEUDONYM

COMES NOW the Plaintiff, John Doe, by and through undersigned counsel, and files this Motion to File Under a Pseudonym. In support thereof, Plaintiff states as follows:

Federal Rule 10(a), requires that the Complaint shall include the names of all parties. In addition, Local Rule 102(2)(a) likewise requires that the original complaint "shall contain the names and addresses of all parties and the county of residence of any Maryland party." Plaintiff seeks a waiver of the requirement that his name be included in the Complaint or in any pleading filed with this Court.

In the instant case, Plaintiff brings this action against his former employer, the Federal Bureau of Investigation, alleging that he was the victim of discrimination based on his disability (Asperger's Syndrome). Plaintiff also contends, *inter alia*, that the Defendant violated the Rehabilitation Act by failing to keep his medical records and diagnosis confidential. Under federal law, mental health patients have the right to confidentiality of medical information . 42 USC §10841((H). In addition, the Privacy Act mandates that a federal employee records and medical information be kept confidential. 5 USC §552a. In his Complaint, Plaintiff contends that the disclosure of his medical records resulted in severe emotional trauma, especially as he had worked for the Defendant for over twenty (20) years and his supervisors and co-workers

were unaware of his diagnosis. Plaintiff's psychiatrist has diagnosed him with depression, anxiety and PTSD. If Plaintiff were required to disclose his name in the instant lawsuit, Plaintiff will once again be traumatized by the knowledge that his information will remain forever public. Plaintiff's diagnosis will follow him wherever he goes in life, which can affect his future employment, income, personal wellbeing, and his physical and mental health. Several federal courts that have examined this issue have permitted a private litigant to sue under a pseudonym. See e.g. *Doe v District of Columbia*, 701 F2d 948 (DC Cir. 1983);*Sealed Plaintiff v Sealed Defendant*, 537 F.3d 185 (2nd Cir. 2008); *Doe v City of Chicago,* 360 F3d 667, (7th Cir. 2004); *Doe v Porter*, 370 F3d 558, 560 (6th Cir. 2004), *Does I thrhu XXIII v Advanced Textile Corp.,* 214 F.3d 1058, 1068 (9th Cir. 2000).

In addition to the foregoing, Plaintiff worked in a sensitive position with the FBI that required a security clearance. Among other things, Plaintiff's job duties required that he perform background checks on those individuals who were seeking to enter FBI buildings. The information in the Complaint (and in this lawsuit) will delve into the inner workings of the FBI, and will identify the supervisors, managers and/or employees who are responsible for these background checks. Indeed, the core nature of the Plaintiff's job duties related to issues of national security and law enforcement, and a core allegation central to this complaint will pertain to national security operations. Plaintiff avers that it is in the public interest that the Complaint and all pleadings be filed under a pseudonym.

In light of the foregoing privacy concerns as well as the concomitant public safety and personal safety issues, Plaintiff requests permission to file his Complaint under the name JOHN DOE rather than his actual name.

Respectfully Submitted,

___/s/ Richard J. Link___
RICHARD J. LINK, #24465
DAVID P. WEBER, #07225
Counsel for Plaintiff
267 Kentlands Blvd., Suite 250
Gaithersburg, MD 20878
(301) 850-7600 voice
(301) 850-3374 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to File Under a Pseudonym and Memorandum of Points & Authorities was served along with the Summons and Complaint pursuant to Fed.R.Civ.P 4 via first class mail, postage prepaid, this _____ day of _____, 2017:

Hon. Jefferson B. Sessions
United States Attorney General
901 Pennsylvania Avenue, NW
Washington, DC 20530

Stephen Schenning
Acting United States Attorney for the District of Maryland
36 South Charles St.
Baltimore, MD 21201 – 2692

___/s/ Richard J. Link___
RICHARD J. LINK